In the Matter of the Application of ROBERT G. MONROE, as Commissioner of Water Supply, Gas and Electricity of the City of New York, to Acquire Certain Real Estate in Westchester County.

THE CITY OF NEW YORK, Appellant; REBECCA S. BETTS et al., Respondents.

*Matter of Monroe*, 131 App. Div. 872, affirmed.
(Argued November 15, 1910; decided November 29, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 23, 1909, which affirmed an order of Special Term confirming an award of commissioners of appraisal in the above-entitled proceeding.

*Archibald R. Watson, Corporation Counsel (Frederick W. Sherman* of counsel), for appellant.

*Wilson Brown, Jr.*, for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.